Andrew M. Weitz (SBN 129962)
Law Offices of Andrew M. Weitz
6345 Balboa Blvd, Bldg 1, Ste 214
Encino, CA 91316
Phone (818) 928-7008
Fax (818) 654-6822
andrew@andrewweitzlaw.com

Attorney for Plaintiffs Jacob and Diane Rodriguez

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RODRIGUEZ and DIANE RODRIGUEZ, | Case No.: 5:16-cv-00418 FMO (SPx) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL |
| v. | |
| WELLS FARGO BANK, N.A. dba WELLS FARGO HOME MORTGAGE; and DOES 1-50, | [FRCP Rule 41(a)(1)(A)(ii)] |
| Defendants. | |

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY
DISMISSAL

Pursuant to the voluntary stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action is dismissed in its entirety, *with prejudice*;

2. Each party in this action shall bear their own attorneys' fees and costs; *and*

3. The Court shall close its file.

DATED: __March 30__, 2016         _____/s/_____
                                  THE HON. FERNANDO M. OLGUIN